UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MILTON FLEMING, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. C15-5685-RAJ

**ORDER AFFIRMING THE COMMISSIONER**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED**.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 29th day of March, 2016.

_____
The Honorable Richard A. Jones
United States District Court

ORDER AFFIRMING THE COMMISSIONER - 1